**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) KARAN GUPTA,

Defendant.

Case No. 24-cr-282 (KMM/DJF)

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' Unopposed Motion for a Preliminary Order of Forfeiture; the agreement of the parties, and the evidence introduced at trial; the jury's guilty verdicts against Defendant Karan Gupta; and on the Court having found that a General Order of Forfeiture is authorized by Fed. R. Crim. P. 32.2(b)(2)(C),

**IT IS HEREBY ORDERED** that:

1. The United States' Unopposed Motion for a Preliminary Order of Forfeiture (ECF No. 137) is **GRANTED**;

2. The Court finds that it cannot calculate the amount of the money judgment forfeiture at this time and therefore enters a General Order of Forfeiture against Defendant Gupta in accordance with Fed. R. Crim. P. 32.2(b)(2)(C);

3. The forfeiture portion of Defendant Gupta's sentence shall be held open, and this Court retains jurisdiction to amend it pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and (e), including but not limited to determining the amount of the money judgment forfeiture that will be included in Defendant Gupta's sentence and judgment, and to enforce this Order as necessary;

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall be made a part of the Defendant's sentence and included in the judgment.

Dated: August 24, 2026

*s/Katherine M. Menendez*
KATHERINE M. MENENDEZ
United States District Judge